# In the United States Court of Federal Claims

No. 18-1854C

(Filed: September 25, 2019)

| | |
|---|---|
| LINDA CELA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

## DISMISSAL ORDER

The court issued a show cause order on July 18, 2019. See ECF No. 20. As of the date of this order, no response to that order has been received, even though plaintiff's compliance was due by August 16, 2019. Id. The order was returned to the clerk's office as undeliverable. See ECF No. 21. Indeed, plaintiff has made no effort to prosecute her case since her attorney was granted leave to withdraw on April 29, 2019. See ECF No. 18 (order staying case).

In these circumstances, dismissal pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims (RCFC), for failure to prosecute, is warranted. Dismissal under this rule "operates as an adjudication on the merits." RCFC 41(b). Accordingly, the clerk's office is directed to **DISMISS** this suit for failure to prosecute, pursuant to RCFC 41(b), **with prejudice**.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Judge